# EXHIBIT 7



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the following is a true and accurate translation from German to English of https://www.wiwo.de/unternehmen/auto/us-umweltbehoerde-epa-gruenes-licht-in-den-usa-fuer-bmw-/22604294.html?social=facebook.

_____
Aurora Landman

Sworn to before me this
July 26, 2018

_____
Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

https://www.wiwo.de/unternehmen/auto/us-umweltbehoerde-epa-gruenes-licht-in-den-usa-fuer-bmw-/22604294.html?social=facebook

# WirtschaftsWoche

U.S. Environmental Agency EPA

# Green Light for BMW in the U.S.A.

By Martin Seiwert
May 25, 2018



To date, the U.S. EPA authorities have not found any evidence for manipulations committed by BMW.
Image: AP

**BMW has admitted only moderate defeat in the emissions scandal until now. Again and again, there were accusations and BMW had to admit there were software errors - but no manipulation. Now support is coming from unexpected quarters - the U.S. EPA authorities.**

The highest American U.S. environmental authority, the EPA, has cleared BMW of the suspicion of having illegally manipulated emissions technology in models sold in the U.S.A. "We investigated products from BMW very thoroughly and did not find any evidence for fraud," said the EPA Director, Christopher Grundler, in an interview with WirtschaftsWoche and Handelsblatt. Mr. Grundler is responsible for the Transport and Emissions department. But Grundler explicitly only alluded to BMW's U.S. models, which can be structurally differentiated from European models. "I know that the situation in Europe is completely different."

https://www.wiwo.de/unternehmen/auto/us-umweltbehoerde-epa-gruenes-licht-in-den-usa-fuer-bmw-/22604294.html?social=facebook

In Germany, the district attorney of Munich and the KBA (*Kraftfahrtbundesamt* [Federal Motor Transport Authority]) have pursued the suspicion that BMW used illegal emissions technology. BMW rejects the possibility of conscious manipulation and speaks of an engine control unit software that was inadvertently recorded.

On March 27, the star attorney Steve Berman (law offices of Hagens Berman in Seattle), who is revered in the USA, filed a civil suit against BMW. "BMW is committing fraud, just like VW committed fraud," said Berman to WirtschaftsWoche. In their legal brief, which the WirtschaftsWoche has in its possession, Berman speaks of measurements taken on a used 2012 BMW X5 off-road vehicle, which the law office had emissions experts carry out. It was alleged, the vehicle could recognize if it is not in an emissions test and lower the emissions cleaning. The outcome? "The software manipulations result in emissions that are 3-times the threshold (highway) and up to 8.5-times (city)." The highest measured values were 20-times on highways and 27-times city values.

EPA Director Grundler said that the solicitor Mr. Berman certainly does not have the expertise and laboratory technology that the EPA has. He is aware of the fact that there are companies that made such measurements for solicitors, but they did not work on them to a high standard. "We call them two men and a PEMS." (PEMS stands for portable emissions measurement system.)

The EPA and the Californian environmental agency CARB discovered the VW emissions scandal. The EPA still sees VW to have a significant deficit in terms of compliance and corporate culture. A conciliation procedure is underway at EPA against Daimler due to the suspicion of illegal emissions technology.

It became known on Thursday that the KBA discovered illegal emissions technology at Daimler as well. Daimler deems KBA's measurements to be wrong for legal reasons: The two software functions criticized by the KBA would not have any influence on the result from the New European Driving Cycle test, but would only be conducive to the engine's durability, and thus was not illegal. This is the legal opinion of the corporation. If needed, Daimler stated, it would be settled in court.

That BMW does not have anything to fear from the EPA was obviously not known until now. But for the executives of BMW, that was probably not entirely new. According to the information from WirtschaftsWoche, they had a meeting with the Director of the EPA, Scott Pruitt, on March 17, 2017. From 8:30 a.m. to 9:15 a.m., Mr. Pruitt received in his Washington office the BMW chief, Harald Krüger; the BMW communication chief, Maximilian Schöberl; and two BMW lobbyists. It is not known what issues were discussed.

It wasn't likely to have been about critical exhaust measurements. That's because Mr. Grundler, the EPA Director for measurements, was not present.



Suchbegriff eingeben 🔍

Club
Service ▾    Angebote    👤 Anmelden
🔍

Suchbegriff eingeben                                                                                          🔍

# ■ WirtschaftsWoche

Top-Themen ▾    |    WiWo  ›  Unternehmen  ›  Auto  ›  Die US-Umweltbehörde EPA hat BMW vo…                    Alle Rubriken ≡

| Unternehmen | ▾ |
| Finanzen | ▾ |
| Erfolg | ▾ |
| Politik | ▾ |
| Technologie | ▾ |
| Lifestyle | |

\# Themenübersicht

🗩 Kolumnen

▣ Blogs

⌕ Bildergalerien

▸ Videos

⬇ Dossiers

▦ Services

▤ Börsenkurse

⟳ Multimedia-Reportagen

⟳ Spiele

Anzeigen:

Capgemini - Drive Innovation

Sustainable Finance

Unternehmer stellen sich vor

KPMG

US-UMWELTBEHÖRDE EPA

# Grünes Licht in den USA für BMW

**von Martin Seiwert**
25. Mai 2018



Suchbegriff eingeben



Die US-Behörde EPA hat bislang keinen Beweis für Manipulationen bei BMW gefunden.
Bild:  AP

**BMW hat sich im Abgasskandal bisher nur mäßig geschlagen. Immer wieder gab es Vorwürfe, BMW musste Softwarefehler einräumen – aber keine Manipulation. Jetzt kommt Unterstützung von ungewohnter Seite – der US-Behörde EPA.**

Die oberste amerikanische Umweltbehörde EPA hat BMW vom Verdacht freigesprochen, die Abgastechnik der in USA verkauften Modelle illegal manipuliert zu haben. „Wir haben die BMW-Produkte sehr gründlich untersucht und haben keinen Beweis für Betrug gefunden", sagte der für die Abteilung Transport und Emissionen zuständige EPA-Direktor Christopher Grundler im Interview mit WirtschaftsWoche und Handelsblatt. Grundler bezog sich aber explizit nur auf die US-Modelle von BMW, die sich baulich von den europäischen Modelle unterscheiden können: „Ich weiß, dass die Situation in Europa ganz anders ist."

In Deutschland gehen die Staatsanwaltschaft München und das Kraftfahrtbundesamt (KBA) dem Verdacht nach, dass BMW illegale Abgastechnik eingesetzt hat. BMW widerspricht einer bewussten Manipulation und spricht von einer versehentlich aufgespielten Motorsteuerungssoftware.

Am 27. März hatte der in den USA gefürchtete Staranwalt Steve Berman (Kanzlei Hagens Berman in Seattle) eine Zivilklage gegen BMW eingereicht. „BMW betrügt, so wie auch VW betrogen hat", sagte Berman der WirtschaftsWoche. In seiner Klageschrift, die der WirtschaftsWoche vorliegt, spricht er von Messungen an einem gebrauchten BMW-Geländewagen X5 aus dem Jahr 2012, die die Kanzlei von Abgasexperten durchführen ließ. Das Fahrzeug könne erkennen, wenn es sich nicht einem Abgastest befinde und regele die Abgasreinigung dann herunter. Ergebnis: „Die Softwaremanipulationen resultieren in Emissionen, die vom dreifachen des Grenzwertes

ANZEIGE

Spitzenwerte seien das 20-Fache bei Auto bei Stadtfahrten.

Suchbegriff eingeben 



ABGASSKANDAL

## Der Beamte, der VW auffliegen ließ

<span style="color:red">**PREMIUM**</span>

Christopher Grundler hat für die US-Umweltbehörde EPA Dieselgate aufgedeckt. Dennoch will Trump die Behörde schwächen. Grundler aber will sie mächtiger machen als je zuvor. Der Überlebenskampf eines Abgas-Getriebenen.

von Martin Seiwert

EPA-Direktor Grundler sagte, Anwalt Berman verfüge sicherlich nicht über die Expertise und die Labortechnik, die der EPA zur Verfügung steht. Es sei ihm bewusst, dass es Firmen gebe, die solche Messungen für Anwälte durchführten, die oft aber nicht auf einem hohen Niveau arbeiteten: „Wir nennen sie zwei Männer und ein PEMS". Ein PEMS (Portable emissions measurement system) ist ein tragbares Messgerät.

ANZEIGE



## Kulturwandel - Treibstoff der digitalen Transformation

Digitale Technologien können die Geschäftsmodelle ganzer Branchen auf den Kopf stellen. Nur mit der richtigen Unternehmenskultur bleiben Firmen auf Dauer wettbewerbsfähig.

Mehr erfahren >

Capgemini

Die EPA hat zusammen mit der kalifornischen Umweltbehörde CARB den VW-Abgasskandal aufgedeckt. Nach wie vor sieht die EPA bei VW große Defizite bei Compliance und Firmenkultur. Gegen Daimler läuft bei der EPA ein Vermittlungsverfahren wegen des Verdacht illegaler Abgastechnik.

Am Donnerstag wurde bekannt, dass auch das KBA illegale Abgastechnik bei Daimler festgestellt hat. Daimler hält die Bewertungen des KBA für rechtlich falsch: Die beiden vom KBA beanstandeten Software-Funktionen hätten keinen Einfluss auf das Ergebnis des Nefz-Tests, sondern würden nur der Langlebigkeit des Motors dienen – und sei damit nicht illegal, so die Rechtsauffassung des Konzerns. Notfalls wolle man das gerichtlich klären lassen, teilte Daimler mit.

ANZEIGE



YVONNE HOFSTETTER ÜBER KÜNSTLICHE INTELLIGENZ

**Warum nicht nur Elon Musk ist für eine Regulierung ist**

Macht der Künstlichen Intelligenz u...
gulieren. Mehr...

Suchbegriff eingeben 



UNZULÄSSIGE ABSCHALTEINRICHTUNGEN

## Daimler droht Massenrückruf von 600.000 Dieselfahrzeugen

Einem Medienbericht zufolge könnte das Kraftfahrt-Bundesamt den Autohersteller Daimler dazu verdonnern, mehr als 600.000 Dieselfahrzeuge zurückzurufen.

Dass BMW von der EPA nichts zu befürchten hat, war öffentlich bislang nicht bekannt – für die BMW-Spitze war es aber womöglich nicht ganz neu. Denn die hatte nach Informationen der WirtschaftsWoche am 17. März 2017 ein Treffen mit dem Chef der EPA, Scott Pruitt. Von 8:30 bis 9:15 Uhr empfing er BMW-Chef Harald Krüger, den BMW-Kommunikationschef Maximilian Schöberl sowie zwei BMW-Lobbyisten in seinem Büro in Washington. Was die besprochenen Themen waren, ist nicht bekannt.

Kritische Abgasmessungen dürften es eher nicht gewesen sein. Denn der EPA-Verantwortliche für die Messungen, Grundler, war nicht anwesend.

ANZEIGE

**Martin Seiwert**
Redakteur Blickpunkte

Zur Startseite ›

**Diesen Artikel teilen:**

f book   · ter   ; X   in dIn   tsapp

© Handelsblatt GmbH – Alle Rechte vorbehalten. Nutzungsrechte erwerben?

## Auch interessant

HONEY

You're Probably Overpaying at Amazon — This Genius Trick Will Fix That

**WirtschaftsWoche**