CRITCHLEY, KINUM & DENOIA, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 422-9200; Fax: (973) 422-9700
*Attorneys for Robert Bosch LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARNER RICKMAN, et al.<br><br>                    Plaintiffs,<br><br>v.<br><br>BMW OF NORTH<br>AMERICA LLC, et al.<br><br>                    Defendants. | Civil Action No.<br>2:18-cv-4363-JMV-MF<br><br>**APPEARANCE OF COUNSEL** |

To:    The clerk of the court and all parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in

this case as counsel for Robert Bosch LLC.


Date:  May 15, 2019                          /s/ Michael Critchley
                                             Michael Critchley, Esq.