# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARNER RICKMAN, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA LLC, *et al.*,<br><br>　　　　　　　Defendants. | Civ. Action No. 2:18-cv-04363 (JMV) (MF)<br><br>**NOTICE OF WITHDRAWAL OF DENNIS A. LIENHARDT AS COUNSEL FOR PLAINTIFFS** |

　　　　Please take notice that Dennis A. Lienhardt, Esq. is no longer associated with The Miller Law Firm, P.C. and hereby withdraws as counsel of record in this and all related matters on behalf of Plaintiffs in the above captioned action.

　　　　No substitution of counsel is necessary pursuant to L. R. Civ. P. 102.1, as Plaintiffs continue to be represented by other attorneys of record from The Miller Law Firm, P.C.

Dated: May 17, 2019　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ James E. Cecchi
　　　　　　　　　　　　　　　　　　　　James E. Cecchi
　　　　　　　　　　　　　　　　　　　　Caroline F. Bartlett
　　　　　　　　　　　　　　　　　　　　5 Becker Farm Road
　　　　　　　　　　　　　　　　　　　　Roseland, NJ 07068
　　　　　　　　　　　　　　　　　　　　Telephone: (973) 994-1700
　　　　　　　　　　　　　　　　　　　　Fax: (973) 994-1744
　　　　　　　　　　　　　　　　　　　　Email: jcecchi@carellabyrne.com
　　　　　　　　　　　　　　　　　　　　Email: cbartlett@carellabyrne.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

      I, Mark M. Makhail, hereby certify that on May 17, 2019, I electronically filed the foregoing with the clerk of the court via CM/ECF, which will transmit a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

Dated: May 17, 2019                  */s/ Mark M. Makhail*
                                                 Mark M. Makhail, Esq.