IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA HU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BMW OF NORTH AMERICA LLC, *et al.*, <br><br> Defendants. | Civil Action No. 18-4363 (KM)(JBC) <br><br> Motion Date: February 3, 2020 <br><br> **ELECTRONICALLY FILED** <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANT ROBERT BOSCH LLC'S
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Jeffrey A. Rosenthal
Carmine D. Boccuzzi, Jr.
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Matthew D. Slater
2112 Pennsylvania Ave., N.W.
Washington, D.C. 20037
(202) 974-1500

*Counsel for Defendant Robert Bosch LLC*

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7.1, on February 3, 2020 or at such other date as may be agreed upon or ordered, at the United States District Court for the District of New Jersey, located at 50 Walnut Street, Newark, New Jersey, Defendant Robert Bosch LLC will and hereby does move this Court to dismiss the Plaintiffs' First Amended Consolidated Class Action Complaint and Demand for Jury Trial, ECF No. 65.

**PLEASE TAKE FURTHER NOTICE** that this Motion is made pursuant to Rules 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and is based on this Notice of Motion, accompanying Memorandum of Law, all pleadings and papers filed herein, oral argument, if any, and any other matter that may be submitted at any hearing of this Motion. A proposed form of Order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Respectfully Submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Dated: November 6, 2019     By:   */s/ Jeffrey A. Rosenthal*
Jeffrey A. Rosenthal
Carmine D. Boccuzzi, Jr.
One Liberty Plaza
New York, NY 10006
Tel. (212) 225-2000
Fax: (212) 225-2086
jrosenthal@cgsh.com
cboccuzzi@cgsh.com

Matthew D. Slater
2112 Pennsylvania Avenue NW
Washington, DC 20037
Tel. (202) 974-1500
Fax: (202) 974-1999
mslater@cgsh.com

*Counsel for Defendant Robert Bosch LLC*