IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA HU, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA LLC, *et al.*,<br><br>Defendants. | Civil Action No. 18-4363 (KM)(JBC) |

**[PROPOSED] ORDER GRANTING
DEFENDANT ROBERT BOSCH GMBH'S MOTION TO DISMISS**

On consideration of Defendant Robert Bosch GmbH's Motion to Dismiss the Plaintiffs' First Amended Class Action Complaint, IT IS HEREBY ORDERED THAT: Robert Bosch GmbH's Motion is GRANTED.  All claims against Robert Bosch GmbH are hereby dismissed.

Dated: _____

_____
The Honorable Kevin McNulty
United States District Judge