IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA HU, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>BMW OF NORTH AMERICA LLC, *et al.*,<br><br>        Defendants. | Civil Action No. 18-4363 (KM)(JBC) |

## CERTIFICATE OF SERVICE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Jeffrey A. Rosenthal
Carmine D. Boccuzzi, Jr.
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Matthew D. Slater
Alexis Collins
2112 Pennsylvania Ave., N.W.
Washington, D.C. 20037
(202) 974-1500

*Counsel for Defendant Robert Bosch GmbH*

I, Jeffrey A. Rosenthal, of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on December 16, 2020, I electronically transmitted the following documents via the Court's CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants on record in this matter:

- Defendant Robert Bosch GmbH's Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint;

- Defendant Robert Bosch GmbH's Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint; and

- Robert Bosch GmbH's Proposed Order.

Respectfully Submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Dated: December 16, 2020    By:   */s/ Jeffrey A. Rosenthal*
Jeffrey A. Rosenthal
Carmine D. Boccuzzi, Jr.
One Liberty Plaza
New York, NY 10006
Tel.: (212) 225-2000
Fax: (212) 225-2086
jrosenthal@cgsh.com
cboccuzzi@cgsh.com

Matthew D. Slater
Alexis Collins
2112 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 974-1500
Fax: (202) 974-1999
mslater@cgsh.com
alcollins@cgsh.com

*Counsel for Defendant Robert Bosch GmbH*