# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GARNER RICKMAN, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**BMW OF NORTH AMERICA LLC, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, ROBERT BOSCH GMBH, and ROBERT BOSCH LLC,**<br><br>    Defendants. | Civ. No. 18-04363 (KM) (JBC)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on Bayerische Motoren Werke Aktiengesellschaft's ("BMW AG") motion (DE 99) to dismiss the Amended Complaint for lack of personal jurisdiction, pursuant to Fed. R. Civ P. 12(b)(2), and Robert Bosch GmbH's motion (DE 100) to dismiss for lack of personal jurisdiction; and the Court having considered the submissions of the parties (DE 99–101, 104, 105, 115, 117) without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 11th day of May 2021,

**ORDERED** that BMW AG's motion to dismiss (DE 99) is **DENIED**, and the parties are directed to confer with Magistrate Judge Clark regarding jurisdictional discovery; and it is further

**ORDERED** that Robert Bosch GmbH's motion to dismiss (DE 100) is **GRANTED**.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**