# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)
ELLIOT M. OLSTEIN (1939-2014)
BRENDAN T. BYRNE (1924-2018)

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
MICHAEL CROSS
STEPHEN R. DANEK
MICHAEL A. INNES

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
AVRAM S. EULE
JAMES A. O'BRIEN III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+MEMBER FL BAR ONLY
**MEMBER NY BAR ONLY
***MEMBER IL BAR ONLY

RAYMOND J. LILLIE
MEGAN A. NATALE
GREGORY G. MAROTTA
KEVIN COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**
ZACHARY A. JACOBS***
WILLIAM H. WILLIAMS

October 12, 2021

<u>VIA ECF</u>

Honorable James B. Clark III
United States Magistrate Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, NJ 07102

      RE: *Hu, et al. v. BMW of North America, LLC, et al.*
        <u>Civil Action No. 18-4363(KM)(JBC)</u>

Dear Judge Clarkl:

  We are co-counsel for Plaintiffs in the above-captioned matter. Please find enclosed my Declaration and the Declarations of Shelby R. Smith and Peter A. Shaeffer in support of Ms Smith and Mr. Shaeffer's application for *pro hac vice* admission in the above matter. Defendants have consented to this application. If the papers meet with the Court's approval, kindly sign the enclosed proposed Order and have a "filed" copy returned to us via the Court's ECF system.

  Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

          Respectfully submitted,

         CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY & AGNELLO, P.C.

          /s/ Lindsey H. Taylor

          LINDSEY H. TAYLOR

cc: All Counsel of Record (via ECF)