Jeffrey A. Rosenthal
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
*Counsel for Defendant Robert Bosch LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA HU, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA LLC, *et al.*,<br><br>Defendants. | Civil Action No. 18-4363 (KM)(JBC) |

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I electronically filed the paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: October 15, 2021

                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                              By:   */s/ Jeffrey A. Rosenthal*
                                              Jeffrey A. Rosenthal
                                              Lina Bensman (admitted *pro hac vice*)
                                              Natalie A. Turchi
                                              One Liberty Plaza
                                              New York, NY 10006
                                              Tel.: (212) 225-2000
                                              Fax: (212) 225-2086
                                              jrosenthal@cgsh.com
                                              lbensman@cgsh.com
                                              nturchi@cgsh.com

                                              *Counsel for Defendant Robert Bosch LLC*