UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA HU, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 18-4363 (KM)(JBC) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Parties submitted a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f) and the Local Rules of the U.S. District Court for the District of New Jersey on September 7, 2021;

WHEREAS, this Court issued a pretrial scheduling order on September 16, 2021 (ECF No. 143) (the "Scheduling Order") following a scheduling conference on September 14, 2021;

WHEREAS, the Parties jointly seek to clarify and amend the Scheduling Order;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties below that:

1. The October 15, 2021 deadline set in Paragraph 4 of the Scheduling Order concerns service of initial discovery requests, and does not bar subsequent

service of additional discovery requests.

2. Written responses and objections to requests for production will be due 30 days after service of the requests, written responses and objections to interrogatories and requests for admission will be due 45 days after service of the requests, and verifications of interrogatories will be provided within 14 days after service of written responses and objections to those interrogatories.

3. The Parties may agree to extend the above-stated deadlines for service of written responses and objections to discovery requests without seeking leave of the Court.

4. The December 17, 2021 deadline set in Paragraph 8 of the Scheduling Order concerns disputes about discovery requests served before or on October 15, 2021, and a separate deadline for raising disputes about subsequent discovery requests has not yet been determined. Disputes concerning productions made after October 15, 2021 shall be subject to a separate deadline determined at the next scheduling conference, currently set for January 12, 2022.

5. The Parties will submit a proposed confidentiality order that complies with Federal Rule of Civil Procedure 26(c) and Local Civil Rule 5.3(b). Pursuant to amendments to Local Civil Rule 5.3(b), an affidavit or attorney certification is no longer required to accompany a proposed confidentiality order.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties below that this stipulation is not and shall not be construed as a waiver of any party's jurisdictional, substantive, or procedural arguments, claims, defenses, rights and remedies in connection with the above-captioned matter, all of which are hereby expressly reserved.

**SO ORDERED.**

Dated: 10/19/2021

HON. JAMES B. CLARK, III
United States Magistrate Judge

**SO STIPULATED**
Dated: October 15, 2021

By: /s/ James E. Cecchi
James E. Cecchi
Caroline F. Bartlett
Michael A. Innes
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

Caroline F. Bartlett
Michael A. Innes
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY &

AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

Steve W. Berman
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0694

Christopher A. Seeger
Christopher L. Ayers
Jennifer R. Scullion
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
cseeger@seegerweiss.com
cayers@seegerweiss.com
jscullion@seegerweiss.com

Scott A. George
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
sgeorge@seegerweiss.com

Shauna Brie Itri
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 553-7981

Facsimile: (215) 851-8029
sitri@seegerweiss.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: October 15, 2021

By: */s/ Kevin M. McDonough*
Michael Lacovara (admitted *pro hac vice*)
Kevin M. McDonough
Marc S. Werner (admitted *pro hac vice*)
Elizabeth Parvis (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
michael.lacovara@lw.com
kevin.mcdonough@lw.com
marc.werner@lw.com
elizabeth.parvis@lw.com

Arthur F. Foerster (admitted *pro hac vice*)
Johanna Spellman (admitted *pro hac vice*)
Kevin M. Jakopchek (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
arthur.foerster@lw.com
johanna.spellman@lw.com
kevin.jakopchek@lw.com

*Attorneys for Defendants Bayerische Motoren Werke Aktiengesellschaft and BMW of North America LLC*

Dated: October 15, 2021

By: */s/ Jeffrey A. Rosenthal*
Jeffrey A. Rosenthal
Lina Bensman (admitted *pro hac vice*)

Natalie A. Turchi
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel.: (212) 225-2000
Fax: (212) 225-2086
jrosenthal@cgsh.com
lbensman@cgsh.com
nturchi@cgsh.com

Michael D. Critchley
Amy Danielle Luria
CRITCHLEY, KINUM & DENOIA, LLC
75 Livingston Avenue
Suite 303
Roseland, NJ 07068
(973) 422-9200
973-422-9700 (fax)
mcritchley@critchleylaw.com
aluria@critchleylaw.com

*Counsel for Defendant Robert Bosch LLC*