UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA HU, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>BMW OF NORTH AMERICA LLC, *et al.*,<br><br>        Defendants. | Civil Action No. 18-4363 (KM)(JBC) |

### **STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Parties submitted a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f) and the Local Rules of the U.S. District Court for the District of New Jersey on September 7, 2021;

WHEREAS, this Court issued a pretrial scheduling order on September 16, 2021 (ECF No. 143) (the "Scheduling Order") following a scheduling conference on September 14, 2021;

WHEREAS, the Scheduling Order set December 17, 2021 as the date any unresolved discovery disputes were to be brought before the Court (ECF No. 143 at ¶8);

WHEREAS, the Court subsequently approved a Stipulation and Proposed Order submitted by the Parties clarifying that the December 17, 2021 deadline for bringing unresolved discovery disputes before the Court applied only to discovery

served before October 15, 2021, with the deadline to submit disputes related to subsequent discovery requests to be determined at a later date (ECF No. 147);

WHEREAS, the Scheduling Order set the next status conference for January 12, 2022 (ECF No. 143 at ¶11);

WHEREAS, the Parties are actively conferring regarding discovery disputes related to discovery served before October 15, 2021;

WHEREAS, the Parties believe that a minor extension to the December 17, 2021 deadline for the submission of discovery disputes would facilitate the resolution of continuing disputes, and limit the number of disputes requiring Court intervention;

WHEREAS, the Parties jointly seek to amend the Scheduling Order to allow three additional days for the submission of unresolved discovery disputes, and set December 20, 2021 as the deadline for the submission of discovery disputes related to discovery served before October 15, 2021, with the deadline to submit disputes related to discovery requests served on or after October 15, 2021 to be determined at a later date;

WHEREAS, replies to Monday, December 20, 2021 discovery dispute submissions would be due on Wednesday, December 22, 2021;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties below that the deadline for submission of unresolved discovery disputes

related to discovery served before October 15, 2021 be extended to December 20, 2021, with the deadline to submit disputes related to discovery requests served on or after October 15, 2021 to be determined at a later date.

**SO ORDERED.**

Dated:_____                                   _____
                                                         HON. JAMES B. CLARK, III
                                                         United States Magistrate Judge

**SO STIPULATED**
Dated: December 9, 2021                                  By: /s/ James E. Cecchi
                                                         James E. Cecchi
                                                         Caroline F. Bartlett
                                                         Michael A. Innes
                                                         Donald A. Ecklund
                                                         CARELLA, BYRNE, CECCHI,
                                                         OLSTEIN, BRODY & AGNELLO, P.C.
                                                         5 Becker Farm Road
                                                         Roseland, NJ 07068
                                                         Telephone: (973) 994-1700
                                                         Facsimile: (973) 994-1744
                                                         jcecchi@carellabyrne.com

                                                         Steve W. Berman
                                                         HAGENS BERMAN SOBOL
                                                         SHAPIRO LLP
                                                         1301 Second Avenue, Suite 2000
                                                         Seattle, WA 98101
                                                         Telephone: (206) 623-7292
                                                         Facsimile: (206) 623-0694

                                                         Christopher A. Seeger
                                                         Christopher L. Ayers
                                                         Jennifer R. Scullion
                                                         SEEGER WEISS LLP
                                                         55 Challenger Road
                                                         Ridgefield Park, NJ 07660

|  |  |
|---|---|
|  | Telephone: (212) 584-0700<br>Facsimile: (212) 584-0799<br>cseeger@seegerweiss.com<br>cayers@seegerweiss.com<br>jscullion@seegerweiss.com<br><br>Scott A. George<br>SEEGER WEISS LLP<br>550 Broad Street, Suite 920<br>Newark, NJ 07102<br>Telephone: (973) 639-9100<br>Facsimile: (973) 639-9393<br>sgeorge@seegerweiss.com<br><br>Shauna Brie Itri<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>Telephone: (215) 553-7981<br>Facsimile: (215) 851-8029<br>sitri@seegerweiss.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* |
| Dated: December 9, 2021 | By: /s/ Johanna Spellman<br>Michael Lacovara (admitted *pro hac vice*)<br>Kevin M. McDonough<br>Marc S. Werner (admitted *pro hac vice*)<br>Elizabeth Parvis (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>michael.lacovara@lw.com<br>kevin.mcdonough@lw.com<br>marc.werner@lw.com<br>elizabeth.parvis@lw.com |

|  |  |
|---|---|
|  | Arthur F. Foerster (admitted *pro hac vice*)<br>Johanna Spellman (admitted *pro hac vice*)<br>Kevin M. Jakopchek (admitted *pro hac vice*)<br>LATHAM & WATKINS LLP<br>330 N. Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>arthur.foerster@lw.com<br>johanna.spellman@lw.com<br>kevin.jakopchek@lw.com<br><br>*Attorneys for Defendants Bayerische Motoren Werke Aktiengesellschaft and BMW of North America LLC* |
| Dated: December 9, 2021 | By: /s/ Jeffrey A. Rosenthal<br>Jeffrey A. Rosenthal<br>Lina Bensman (admitted *pro hac vice*)<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Tel.: (212) 225-2000<br>Fax: (212) 225-2086<br>jrosenthal@cgsh.com<br>lbensman@cgsh.com<br><br>Michael D. Critchley<br>Amy Danielle Luria<br>CRITCHLEY, KINUM & LURIA, LLC<br>75 Livingston Avenue<br>Suite 303<br>Roseland, NJ 07068<br>(973) 422-9200<br>973-422-9700 (fax)<br>mcritchley@critchleylaw.com<br>aluria@critchleylaw.com<br><br>*Counsel for Defendant Robert Bosch LLC* |