**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

January 12, 2022

**LETTER ORDER**

Re: **Rickman, et al. v. BMW of North America LLC, et al.**
    **Civil Action No. 18-4363 (KM)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders as follows:

1) With respect to the issues raised in the parties' January 10, 2022 joint letter to the Court [Dkt. No. 166], the Court orders the following:

   a. Relevant Time Period: For Request Nos. 12, 32, 70, 79, 25-27, 35-36, 41-45 and 50-51, the relevant time period shall extend to December 31, 2016. For technical and engineering documents, the relevant time period shall extend to December 31, 2013. For business and marketing documents, the relevant time period shall extend to December 31, 2014.

   b. Plaintiffs' Request No. 1: Plaintiffs' request to compel Defendants to produce additional documents is DENIED.

   c. Plaintiffs' Request No. 39: Plaintiffs' request to compel Defendants to produce additional documents is DENIED without prejudice.

   d. Plaintiffs' Request No. 46: Plaintiffs' request to compel Defendants to produce additional documents is DENIED without prejudice.

    e. Plaintiffs' Request No. 73: The parties are directed to meet and confer following the completion of Defendants' forthcoming document production.

    f. Plaintiffs' Request No. 81: Plaintiffs' request to compel Defendants to produce additional documents is DENIED without prejudice.

    g. Plaintiffs' Request Nos. 83 & 84: Plaintiffs' request to compel Defendants to produce additional documents is DENIED without prejudice

    h. Discovery Related to the Vehicle Testing Discussed in the First Amended Complaint: Plaintiffs shall produce responsive materials along with a privilege log. If disputes arise regarding materials withheld on the basis of privilege, the parties are directed to meet and confer.

    i. Discovery Related to Plaintiffs' Vehicle Ownership: Defendants' request to compel Plaintiffs to produce additional documents is DENIED without prejudice

2) The Court will conduct a telephone status conference with the parties on **April 20, 2022 at 11:30 AM**. Counsel for Defendant BMW of North America shall initiate the call.

**IT IS SO ORDERED.**

                                                     s/ James B. Clark, III
                                                  **JAMES B. CLARK, III**
                                                  **United States Magistrate Judge**