| | |
|---|---|
| Kevin M. McDonough<br>Elizabeth A. Parvis (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email: kevin.mcdonough@lw.com<br>            elizabeth.parvis@lw.com | Sean M. Berkowitz (*pro hac vice*)<br>Arthur F. Foerster (*pro hac vice*)<br>Johanna Spellman (*pro hac vice*)<br>Kevin M. Jakopchek (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>330 N. Wabash Ave., Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Email: sean.berkowitz@lw.com<br>            arthur.foerster@lw.com<br>            johanna.spellman@lw.com<br>            kevin.jakopchek@lw.com |

*Attorneys for Defendants BMW of North America LLC and Bayerische Motoren Werke Aktiengesellschaft*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA HU, et al., individually and on behalf of all other similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>BMW OF NORTH AMERICA LLC, a Delaware corporation; BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT (BMW AG), a corporation organized under the laws of Germany; ROBERT BOSCH GMBH, a corporation organized under the laws of Germany; and ROBERT BOSCH LLC, a Delaware Limited Liability Company,<br><br>                              Defendants. | No. 2:18-cv-04363 (KM) (JBC)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**PLEASE TAKE NOTICE** that Leah Friedman of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, hereby withdraws as counsel of record for Defendant BMW of North America, LLC in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys of the law firm Latham & Watkins LLP will continue to serve as counsel for Defendants BMW of North America, LLC and Bayerische Motoren Werke Aktiengesellschaft (BMW AG) in this matter.

|  |  |
|---|---|
| Dated: May 10, 2022 | /s/ Kevin M. McDonough<br>Kevin M. McDonough<br>Elizabeth A. Parvis (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email: kevin.mcdonough@lw.com<br>         elizabeth.parvis@lw.com<br><br>Sean M. Berkowitz (*pro hac vice*)<br>Arthur F. Foerster (*pro hac vice*)<br>Johanna Spellman (*pro hac vice*)<br>Kevin M. Jakopchek (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>330 N. Wabash Ave., Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Email: sean.berkowitz@lw.com<br>         arthur.foerster@lw.com<br>         johanna.spellman@lw.com<br>         kevin.jakopchek@lw.com<br><br>*Attorneys for Defendants BMW of North America, LLC and Bayerische Motoren Werke Aktiengesellschaft (BMW AG)* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSHUA HU, et al., individually and on behalf of all other similarly situated,<br><br>                        Plaintiffs,<br>   v.<br><br>BMW OF NORTH AMERICA LLC, a Delaware corporation; BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT (BMW AG), a corporation organized under the laws of Germany; ROBERT BOSCH GMBH, a corporation organized under the laws of Germany; and ROBERT BOSCH LLC, a Delaware Limited Liability Company,<br><br>                        Defendants. | No. 2:18-cv-04363 (KM) (JBC)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 10, 2022, I caused true and correct copies of the foregoing Notice of Withdrawal of Counsel to be filed and served using the Court's CM/ECF system upon all parties who receive Notices of Electronic Filing via the Court's CM/ECF system.

                                                     /s/ Kevin M. McDonough
                                                     Kevin M. McDonough