**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

August 24, 2022

**<u>LETTER ORDER</u>**

Re:   **<u>Rickman, et al. v. BMW of North America LLC, et al.</u>**
      **Civil Action No. 18-4363 (EP)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders as follows:

1) With respect to the issues raised in the parties' letters to the Court [Dkt. Nos. 190, 191, 192, 193, 196, 197], the Court orders the following:

    a. 190 & 191:

        i. Identification of Testing Protocols: Plaintiffs shall respond to the BMW Defendants' Request for Production No. 62. The BMW Defendants' request for an *in camera* review is withdrawn without prejudice pending Plaintiffs' forthcoming response.

        ii. Post-Complaint Communications with Government Agencies: Plaintiffs shall respond to the BMW Defendants' Request for Production No. 71 with appropriate redactions.

    b. 192 & 193: The parties are directed to continue to meet and confer regarding a protocol for Plaintiffs' depositions.

    c. 196 & 197: Plaintiffs' counsel shall attempt to contact the Plaintiffs who have not participated in discovery and shall advise the Court as to their attempts by no later than **September 30, 2022**.

2) The Court will conduct a telephone status conference with the parties on **December 13, 2022 at 2:00 PM**. Counsel for the BMW Defendants shall initiate the call.

**IT IS SO ORDERED.**

                                                              s/ James B. Clark, III
                                                        **JAMES B. CLARK, III**
                                                        **United States Magistrate Judge**