**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

November 22, 2022

**<u>LETTER ORDER</u>**

**Re:** <u>**Rickman, et al. v. BMW of North America LLC, et al.**</u>
**Civil Action No. 18-4363 (EP)**

Dear Counsel,

The telephone conference scheduled in this matter for **<u>December 12, 2022 at 2:00 PM</u>** is adjourned to **<u>December 28, 2022 at 2:00 PM</u>**.

**IT IS SO ORDERED.**

                                                       s/ James B. Clark, III
                                                      **JAMES B. CLARK, III**
                                                      **United States Magistrate Judge**