|  |  |
|---|---|
| JOSHUA HU, *et al.*,<br><br>  Plaintiffs,<br>v.<br><br>BMW OF NORTH AMERICA LLC, *et al.*,<br><br>  Defendants. | Civil Action 18-4363 (KM)(JBC)<br><br>**ORDER** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), Co-Lead Counsel for Plaintiffs, and counsel for Defendants having no objection thereto, and the Court having considered the moving papers, and good cause appearing,

IT IS THIS 22nd day of March, 2023,

ORDERED that Kaitlyn Dennis is hereby admitted *pro hac vice* on behalf of Plaintiffs in the above matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all notices, pleadings, and other papers filed with the Court shall be served upon Carella Byrne, and that Carella Byrne shall enter all appearances and be responsible for signed papers and for the conduct of the attorney admitted herewith, and it is further

ORDERED that Kaitlyn Dennis shall make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which they continue to appear *pro hac vice* in this matter, and $150.00 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

_____
JAMES B. CLARK, III, U.S.M.J.