UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARNER RICKMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA LLC, *et al.*,<br><br>Defendants. | Civil Action No. 18-4363 (EP)(JBC) |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that all claims against Defendant Robert Bosch LLC by the remaining twenty-one plaintiffs[1] represented by Plaintiffs' Counsel[2] in the matter *Garner Rickman,* et al.*, v. BMW of North America LLC,* et al.*, C.A. No. 18-4363 (EP)(JBC) are dismissed in their entirety with prejudice and without attorney's fees or costs.

**Stipulated and agreed to this 31st day of March, 2023:**

*On behalf of All Plaintiffs:*

/s/ *James E. Cecchi*
James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1744
Fax: (973) 994-1744
jcecchi@carellabyrne.com

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 4-3-2023

---

[1] Alexander VanDamme; Alfredo Arias; Angela Hughes; Brian Beckner; Carlos Buendia; Chad Maccanelli; Charles Chapman; Charles Rogers; Christine Griffith; Darshan Patel; Dean Werner; Eric Sanchez; Eric Stenglein / Erica Olson; Garner Rickman; Irving Cohen; Kyle Kern; Miguel Fragoso; Salomon Campos; Tahani Ibrahim; Tom Hoffman; Werner Rogmans.

[2] Carella Byrne Cecchi Olstein Brody & Agnello, P.C.; Hagens Berman Sobol Shapiro LLP; Hellmuth & Johnson, PLLC; McCarter & English, LLP; Milberg Coleman Bryson Phillips Grossman; Miller Law Firm; Seeger Weiss LLP.

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
steve@hbsslaw.com

Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Rd., 6th Fl.
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
cseeger@seegerweiss.com

*Counsel for All Plaintiffs*


*On behalf of Defendant Robert Bosch LLC:*

/s/ Jeffrey A. Rosenthal
Jeffrey A. Rosenthal
Lina Bensman
Michael Taddei
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel.: 212-225-2000
Fax: 212-225-3999
jrosenthal@cgsh.com
lbensman@cgsh.com
mtaddei@cgsh.com

Michael Critchley
Amy Luria
CRITCHLEY, KINUM & LURIA, LLC
75 Livingston Avenue
Roseland, NJ 07068
Tel.: (973) 422-9200
Fax: (973) 422-9700
mcritchley@critchleylaw.com
aluria@critchleylaw.com

*Counsel for Defendant Robert Bosch LLC*