UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARNER RICKMAN, et al., individually and on behalf of all others similarly situated,<br><br>                                Plaintiffs,<br><br>      v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware corporation; and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT (BMW AG),<br><br>                                Defendants. | Civ. Action No. 2:18-cv-04363 (EP) (JBC) |

### UNOPPOSED MOTION TO FILE AMENDED CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs respectfully move for leave to file an amended Settlement Agreement between Plaintiffs and Defendants BMW of North America, LLC and Bayerische Motoren Werke Aktiengesellschaft that corrects certain deadlines in the original Settlement Agreement, which was filed on November 20, 2023 as an exhibit to Plaintiffs' Motion for Preliminary Approval. (D.E. 287, 287-1). Specifically, the Amended Settlement Agreement sets a deadline for class members to opt out or object to 160 days following preliminary approval, and a deadline for Class Counsel's papers in support of final approval of the Settlement 174 days following preliminary approval.  It also includes the Deposit Amount.  An Amended Settlement Agreement reflecting these changes is attached hereto as Exhibit A.

Dated: December 20, 2023                         Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

By */s/ James E. Cecchi*
JAMES E. CECCHI

By */s/ Steve W. Berman*
STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292

By */s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, New Jersey 07660
Tel: (973) 639-9100

*Counsel for Plaintiffs and the Class*