# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKMAN, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>BMW OF NORTH AMERICA, LLC, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:18-cv-4363 (EP) (JBC)<br><br>Final Approval Hearing:<br>September 24, 2024, 2:00 P.M.<br><br>Room 2060<br>Martin Luther King Building<br>& U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07102 |

## PLAINTIFFS' NOTICE OF MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Charles Rogers, Brian Beckner, Chad Maccanelli, Werner Rogmans, Garner Rickman, Darshan Patel, Alexander VanDamme, Irving Cohen, Angela Hughes, Charles Chapman, Miguel Fragoso, Tom Hoffman, Salomon Campos, Dean Werner, Alfredo Arias, Kyle Kern, Erica Olson, and Eric Stenglein (collectively, "Plaintiffs") respectfully move the Court for an Order: (i) granting final approval to the Settlement set forth in the Settlement Agreement (the "Settlement Agreement" or "SA"); (ii) certifying a Settlement Class for settlement purposes only; (iii) granting final appointment of the Plaintiffs as Settlement Class Representatives and the law firms of Carella Byrne Cecchi Brody & Agnello, P.C., Seeger Weiss LLP, and Hagens Berman Sobol Shapiro LLP, as Settlement Class

Counsel; (iv) confirming the appointment of Epiq Class Action and Claims Solutions, Inc. as the Settlement Claim Administrator; and (v) entering a final judgment dismissing the Action with prejudice.

In support, Plaintiffs have filed a Memorandum of Law and the Declaration of James E. Cecchi, with exhibits thereto. A proposed Final Order and Judgment will be submitted in advance of the Final Fairness Hearing.

| | |
|---|---|
| Dated: August 20, 2024 | Respectfully submitted, |
| |       /s/James E. Cecchi |
| Steve W. Berman | James E. Cecchi |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | Donald A. Ecklund |
| | **CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.** |
| 1918 8th Avenue, Suite 3300 | 5 Becker Farm Road |
| Seattle, WA 98101 | Roseland, NJ 07068 |
| Tel: (206) 623-7292 | Tel: 973-994-1700 |
| steve@hbsslaw.com | jcecchi@carellabyrne.com |
| | decklund@carellabyrne.com |
| | |
| | Christopher A. Seeger |
| | **SEEGER WEISS LLP** |
| | 55 Challenger Road |
| | Ridgefield Park, NJ 07660 |
| | Tel: (973) 639-9100 |
| | cseeger@seegerweiss.com |
| | |
| | *Settlement Class Counsel* |